UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Mark Perry</u>

        v.                                    Civil No. 04-cv-203-JD

<u>Barritt Bodkins</u>


<u>ORDER OF DISMISSAL</u>
<u>as to Perry v. Bodkins</u>


     In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, the case as to <u>Perry v. Bodkins</u> is herewith dismissed with prejudice.

     SO ORDERED.

May 15, 2006                                      /s/ Joseph A. DiClerico, Jr.
                                                        Joseph A. DiClerico, Jr.
                                                        United States District Judge


cc:    Edward M. Van Dorn, Jr., Esq.
       Barritt Bodkins, pro se